```
        FILED       LODGED
        RECEIVED    COPY

          FEB 2 8 2017

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
      BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       vs.<br><br>Mickey Roy Anderson, Sr.,<br><br>             Defendant. | CR-17-00297-PHX-DLR(JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153 and 1111<br>      (CIR-Second Degree Murder)<br>      Count 1<br><br>      18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)<br>      (Use of a Firearm During<br>      a Crime of Violence)<br>      Count 2<br><br>      18 U.S.C. § 924(d) and<br>      28 U.S.C. § 2461(c)<br>      (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about January 23, 2014, in the District of Arizona, within the confines of the Colorado River Indian Tribes, Indian Reservation, Indian Country, MICKEY ROY ANDERSON, SR., an Indian, did unlawfully kill A.R.M., with malice aforethought.

In violation of Title 18, United States Code, Sections 1153 and 1111.

//

//

//

## COUNT 2

On or about January 23, 2014, in the District of Arizona, MICKEY ROY ANDERSON, SR., during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: Second Degree Murder, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the United States, did knowingly use, carry, possess, brandish, and discharge, in furtherance of the crime of violence, a Glock 19, 9mm pistol, and the use of such pistol caused the death of A.R.M.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and (j).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1111, and 924(c)(1)(A)(iii) and (j), MICKEY ROY ANDERSON, SR. shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) any firearms and ammunition involved in the commission of the offense, including, but not limited to: one Glock 19, 9mm pistol, serial number VRS086 and one Glock 19, 9mm magazine with three unfired rounds of ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: February 28, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/*
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney