```
             ☒ FILED      ___ LODGED
             ___ RECEIVED ___ COPY

                MAR - 5 2019

             CLERK US DISTRICT COURT
              DISTRICT OF ARIZONA
             BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00297-001-PHX-DLR |
| Plaintiff, | **VERDICT** |
| v. | REDACTED |
| Mickey Roy Anderson, Sr., | |
| Defendant. | |

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, unanimously find the defendant, Mickey Roy Anderson, Sr.:

## COUNT ONE

With respect to Count One, First Degree Murder:

✓ GUILTY            ___ NOT GUILTY

**Please respond to the following only if you find the defendant not guilty on Count One (First Degree Murder) or cannot reach a unanimous verdict on Count One (First Degree Murder):**

With respect to the lesser-included crime of Second Degree Murder:

___ GUILTY            ___ NOT GUILTY

## COUNT TWO

With respect to Count Two, Using a Firearm During a Crime of Violence (First Degree Murder as alleged in Count One, or the lesser included offense of Second Degree Murder):

✓ GUILTY   ____ NOT GUILTY

**Additional Finding**: If guilty on Count Two, do you also unanimously find that during the crime of violence a firearm was brandished and/or discharged (mark all that apply, if any)?

✓ Brandished

✓ Discharged

**Additional Finding**: If guilty on Count Two, do you find that [check only if you make this unanimous finding]:

✓ the use of a firearm during the commission of the crime of violence caused the death of Alice Renee Murdock

## COUNT THREE

With respect to Count Three, Burglary of a Residential Structure – First Degree:

✓ GUILTY   ____ NOT GUILTY

## COUNT FOUR

With respect to Count Four, Using a Firearm During a Crime of Violence (Burglary of a Residential Structure – First Degree), as alleged in Count Three):

__✓__ GUILTY          _____ NOT GUILTY

**Additional Finding**: If guilty on Count Four, do you also unanimously find that during the crime of violence a firearm was brandished and/or discharged (mark all that apply, if any)?

__✓__ Brandished

__✓__ Discharged

_March 5, 2019_
DATE

_#7_
FOREPERSON SIGNATURE