IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mickey Roy Anderson, Sr.,<br><br>　　　　　Defendant. | No. CR-17-00297-001-PHX-DLR<br><br>**ORDER** |

　　　Upon motion of the defendant, and good cause appearing therefore,

　　　**IT IS ORDERED** granting Defendant's Motion to Unseal Hearings for Production of Transcript (Doc. 146). The following hearings shall be unsealed for purposes of production of the transcript to appellant counsel only:

1. Motion Hearing regarding *Ex Parte* Motion for Determination of Counsel held on 7/02/2018 (Docket #48);

2. Motion Hearing regarding *Ex Parte* Motion to Withdraw as Counsel of Record and Appoint New Counsel held on 7/19/2018 (Docket #59); and

3. Motion Hearing regarding Motion for New Counsel held on 2/14/2019 (Docket #107).

　　　Dated this 31st day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge